Armstrong Kellett Bartholow PC
Gary A. Armstrong
TX Bar No. 01316500
11300 N. Central Expwy #301
Dallas, TX 75243
P:  214-696-9000
F:  214-696-9001
ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: Diane M. Davis | § § § § § § § § § § | Case No. 09-42865 |
| Debtor | | |
| 1037 Devonshire Dr<br>Providence Village, TX 76227 | | |
| xxx-xx-8510 | | |

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

Now comes Diane M. Davis, Debtor, and moves the Court pursuant to Local Rule 3015(d) to modify Debtor's confirmed Chapter 13 Plan so as to read as set forth on Exhibit A attached hereto, and in support thereof, would show the Court as follows:

1. Debtor seeks this modification because she is unemployed.

2. Pursuant to the modification (i) Debtor's monthly plan payments have been reduced to $50.00 for six (6) months beginning with the February 2011 payment and will increase to $3,190.00 for the remaining 38 months of the plan; (ii) attorneys fees for the services performed and to be performed in connection with this modification requested herewith by Armstrong Kellett Bartholow PC in the amount of $500 have been added to the plan base; (iii) Debtor's plan base has been reduced to $172,560.00.

3. The services performed or to be performed by Armstrong Kellett Bartholow PC in connection with this Modification include, without limitation, consultations with Debtor, preparation, filing and service of this Modification, preparation of a proposed order approving the modification, appearance at the hearing on the modification, and consultations with the Chapter 13 Trustee regarding the modification.

Wherefore, premises considered Debtor prays the Court to enter an order approving

this modification, and for such other relief as the Court may deem appropriate.

          Respectfully submitted

          /s/ Gary A. Armstrong
          Armstrong Kellett Bartholow PC
          Texas Bar No. 01316500
          11300 N. Central Expwy #301
          Dallas, TX 75243
          P:   214-696-9000
          F:   214-696-9001
          ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the attached Debtor's Motion to Modify Plan has been served on the parties listed on the attached matrix on January 19, 2011.


          /s/ Gary A. Armstrong

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 09-42865<br>Eastern District of Texas<br>Sherman<br>Wed Jan 19 14:48:16 CST 2011 | Advanta Bank Corp., a Utah Industrial Bank<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | Advanta Business Card<br>P.O. Box 30715<br>Salt Lake City, UT 84130-0715 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Ameriprise Bank<br>834 Ameriprise Financial Ctr<br>Minneapolis, MN 55474-0008 |
| Ameriprise Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Gary A. Armstrong<br>Armstrong Law Firm<br>11300 N Central Expy<br>Suite 301<br>Dallas, TX 75243-6738 | Armstrong Law Firm<br>5646 Milton St Ste 711<br>Dallas, TX 75206-3935 |
| Theodore Bartholow<br>11300 N. Central Expressway<br>Suite 301<br>Dallas, TX 75243-6738 | Patti H. Bass<br>Bass & Associates<br>3936 E. Ft. Lowell Rd. Suite 200<br>Tucson, AZ 85712-1083 | Janna L. Countryman<br>P. O. Box 941166<br>Plano, TX 75094-1166 |
| DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Diane M. Davis<br>1037 Devonshire Dr<br>Providence Village, TX 76227-7497 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Great Indoors Mastercard<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | Janna Countryman<br>Standing Chapter 13 Trustee<br>PO Box 941166<br>Plano, TX 75094-1166 |
| Neiman Marcus<br>PO Box 729080<br>Dallas, TX 75372-9080 | Nordstrom Visa<br>PO Box 13589<br>Scottsdale, AZ 85267-3589 | Nordstrom fsb<br>PO Box 6566<br>Englewood, CO 80155-6566 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Sears Gold Mastercard<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | Mark Stromberg<br>Stromberg Stock<br>Two Lincoln Center<br>5420 LBJ Freeway, Suite 300<br>Dallas, TX 75240-6271 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

| | | |
|---|---|---|
| Target National Bank<br>c/o Target Credit Services<br>PO Box 1581<br>Minneapolis, MN 55440-1581 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Trustee<br>110 N College Ave Ste 300<br>Tyler, TX 75702-7231 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover Card<br>PO Box 30943<br>Salt Lake City, UT 84130 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23501-1067 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ameriprise Bank, FSB | (d)HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | (d)Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |

End of Label Matrix  
Mailable recipients    34  
Bypassed recipients     3  
Total                  37