Armstrong Kellett Bartholow PC
Gary A. Armstrong
TX Bar No. 01316500
11300 N. Central Expwy #301
Dallas, TX 75243
P: 214-696-9000
F: 214-696-9001
ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: Diane M. Davis | § § § § § § § | Case No. 09-42865 |
| Debtor | | |
| 1037 Devonshire Dr | | Chapter 13 |
| Providence Village, TX 76227 | | |
| xxx-xx-8510 | | |

**DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

Now comes Diane M. Davis, Debtor, and moves the Court pursuant to Bankruptcy Code section 1307(b) and Bankruptcy Rule 1017(f)(2) to voluntarily dismiss her Chapter 13 case, and in support thereof, would show the Court as follows:

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS MOTION WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR**

**AT THE HEARING YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

1. The Debtor filed her case on September 11, 2009.

2. In early January 2011, the Debtor was told her position would be eliminated. She was laid off at that time with a severance package ending in March 2011. Despite her best efforts, the debtor has been unable to find a suitable position. Instead she has been subsisting on unemployment income and support from her parents.

3. Based on her current income and expenses, the debtor believes she is unable to confirm a chapter 13 plan.

4. Bankruptcy Code section 1307(b) provides that the Court shall dismiss a case on request of a debtor at any time.

Wherefore, premises considered Debtor prays the Court enter an order dismissing her case.

Respectfully submitted

/s/ Gary A. Armstrong
Armstrong Kellett Bartholow PC
Texas Bar No. 01316500
11300 N. Central Expwy #301
Dallas, TX 75243
P: 214-696-9000
F: 214-696-9001
ATTORNEY FOR DEBTOR

BK Attorney Services, LLC
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Aug 08, 2011  TIME RECEIVED: 12:41PM  TOTAL SERVED: 25

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE: Davis, Diane M.  CASE NO: 09-42865

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE: Armstrong Kellett Bartholow P.C.
ADDRESS 11300 N Central Expy, Ste 301
Dallas, Texas 75206
PHONE 214-265-0808

On Tuesday, August 09, 2011, a copy of the following documents, described below,

**DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: August 9, 2011

/s/ Elizabeth Harlan
Elizabeth Harlan, BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 09-42865<br>Eastern District of Texas<br>Sherman<br>Tue Aug  9 10:08:40 CDT 2011 | Advanta Bank Corp., a Utah Industrial Bank<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | Advanta Business Card<br>P.O. Box 30715<br>Salt Lake City, UT 84130-0715 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Ameriprise Bank<br>834 Ameriprise Financial Ctr<br>Minneapolis, MN 55474-0008 |
| Ameriprise Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | ~~Gary A. Armstrong~~<br>~~Armstrong Law Firm~~<br>~~11300 N Central Expy~~<br>~~Suite 301~~<br>~~Dallas, TX 75243-6738~~ | Armstrong Kellett Bartholow, PC<br>11300 N. Central Expwy, Ste 301<br>Dallas, TX 75243-6738 |
| Armstrong Law Firm<br>5646 Milton St Ste 711<br>Dallas, TX 75206-3935 | Theodore Bartholow<br>11300 N. Central Expressway<br>Suite 301<br>Dallas, TX 75243-6738 | Patti H. Bass<br>Bass & Associates<br>3936 E. Ft. Lowell Rd. Suite 200<br>Tucson, AZ 85712-1083 |
| Janna L. Countryman<br>P. O. Box 941166<br>Plano, TX 75094-1166 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio  43054-3025 | Diane M. Davis<br>1037 Devonshire Dr<br>Providence Village, TX 76227-7497 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Great Indoors Mastercard<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | Jay L. Gueck<br>Olson Nicoud & Gueck, L.L.P.<br>1201 Main Street, Suite 2470<br>Dallas, TX 75202-3902 |
| HSBC Bank Nevada, N.A.<br>c/o James W. King<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | Janna Countryman<br>Standing Chapter 13 Trustee<br>PO Box 941166<br>Plano, TX 75094-1166 |
| James W. King<br>Offerman & King, L.L.P.<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 | Neiman Marcus<br>PO Box 729080<br>Dallas, TX 75372-9080 | Nordstrom Visa<br>PO Box 13589<br>Scottsdale, AZ 85267-3589 |
| Nordstrom fsb<br>PO Box 6566<br>Englewood, CO 80155-6566 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |

| Roundup Funding, LLC | Sears Gold Mastercard | Mark Stromberg |
|---|---|---|
| MS 550 | PO Box 6282 | Stromberg Stock |
| PO Box 91121 | Sioux Falls, SD 57117-6282 | Two Lincoln Center |
| Seattle, WA 98111-9221 | | 5420 LBJ Freeway, Suite 300 |
| | | Dallas, TX 75240-6271 |

| TARGET NATIONAL BANK | Target National Bank | U.S. Attorney General |
|---|---|---|
| C O WEINSTEIN AND RILEY, PS | c/o Target Credit Services | Department of Justice |
| 2001 WESTERN AVENUE, STE 400 | PO Box 1581 | Main Justice Building |
| SEATTLE, WA 98121-3132 | Minneapolis, MN 55440-1581 | 10th & Constitution Ave., NW |
| | | Washington, DC 20530-0001 |

| ~~US Trustee~~ | ~~United States Trustee~~ | Wells Fargo Home Mortgage |
|---|---|---|
| ~~Office of the U.S. Trustee~~ | ~~110 N College Ave Ste 300~~ | PO Box 10335 |
| ~~110 N. College Ave.~~ | ~~Tyler, TX 75702-7231~~ | Des Moines, IA 50306-0335 |
| ~~Suite 300~~ | | |
| ~~Tyler, TX 75702-7231~~ | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Discover Card | Portfolio Recovery Associates, LLC | |
|---|---|---|
| PO Box 30943 | PO Box 41067 | |
| Salt Lake City, UT 84130 | Norfolk, VA 23501-1067 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Ameriprise Bank, FSB | (d)HSBC Bank Nevada, N.A. | (d)Roundup Funding, LLC |
|---|---|---|
| | Bass & Associates, P.C. | MS 550 |
| | 3936 E. Ft. Lowell Rd, Suite 200 | PO Box 91121 |
| | Tucson, AZ 85712-1083 | Seattle, WA 98111-9221 |

End of Label Matrix  
Mailable recipients    38  
Bypassed recipients     3  
Total                  41